IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY E. CRAMER III, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM DUNCAN, Warden, ) <br> ) <br> Respondent. ) <br> ) | No. C 07-00829 JW (PR) <br><br> ORDER OF DISMISSAL |

On February 8, 2007, petitioner, a state prisoner proceeding pro se, filed a motion to subpoena records from the State of California Supreme Court. Petitioner did not attach either a complaint or a petition to the motion. On the same day, the clerk sent a notice to petitioner that he must submit either a complaint or a petition within thirty days or the action would be dismissed. The clerk also notified petitioner that he must either submit an In Forma Pauperis application or pay the full filing fees within thirty days or the action would be dismissed.

Although petitioner failed to respond with the appropriate filings during the thirty days, this Court, by order filed April 20, 2007, granted petitioner an additional

Order of Dismissal
N:\Pro - Se\5.25.2007\07-00829 Cramer0829_dismissal.wpd

thirty days to comply and provided petitioner with copies of the court's form complaint, a petition for a writ of habeas corpus, and an In Forma Pauperis application.  Petitioner was further advised that **FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE.**

The deadline has since passed, and petitioner has failed to file either a complaint or a petition in compliance with the Court's orders.  Petitioner's letter filed May 8, 2007, addressed to the California State Supreme Court requesting that his case be transferred to federal court, and another letter filed May 10, 2007 requesting a patent are not sufficient responses for this Court to proceed with the case as an action filed pursuant to either 42 U.S.C. § 1983 as a civil rights complaint or 28 U.S.C. § 2254 as a petition for a writ of habeas corpus.  Accordingly, this case is DISMISSED without prejudice.  The clerk shall close the file.

DATED:   May 25 2007

JAMES WARE
United States District Judge

Order of Dismissal
N:\Pro - Se\5.25.2007\07-00829 Cramer0829_dismissal.wpd        2